**Gregory Yoo Baik NAGAO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–73978.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 31, 2009.

Ronald T. Oldenburg, Esq., Law Offices of Ronald T. Oldenburg, Waipahu, HI, for Petitioner.

HI–District Counsel, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Shelley R. Goad, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Gregory Yoo Baik Nagao, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' or-der dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Hughes v. Ashcroft*, 255 F.3d 752, 755 (9th Cir.2001), and we deny the petition for review.

Petitioner's contention that he became a United States citizen at the time of the passage of the Child Citizenship Act of 2000, 8 U.S.C. § 1431, even though he was over 18 years old at the time the law was enacted, is foreclosed. *Id.* at 760.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

